# UNITED STATES DISTRICT COURT
## FOR THE
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

UNITED STATES OF AMERICA

v.

SARA BURKE

**WAIVER OF INDICTMENT**

Criminal No.  8;13 ᔕᖇ 293 ╪ 35 TBⱵ

I, SARA BURKE, the above named defendant, who is accused of conspiracy to file fraudulent Federal tax returns, in violation of Title 18, United States Code, Section 371, being advised of the nature of the charges, the proposed Information, and of my rights, hereby waive prosecution by Indictment and consent that the proceeding may be by Information rather than by Indictment.  Pursuant to Fed. R. Crim. P. 7(b), I will confirm this waiver in open court at arraignment or other hearing.

_____
SARA BURKE
Defendant

_____
KEVIN E. J. REGAN
Counsel for Defendant Burke

Before _____
　　　　　　　Judicial Officer