UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  Case No. 8:13-cr-293-T-35TBM

SARA BURKE

## NOTICE OF APPEARANCE

Please note the appearance of Assistant United States Attorney Natalie Hirt Adams, as co-counsel for the Government in regard to forfeiture proceedings in the above-styled cause.  The Government requests that any and all pleadings, correspondence, and other matters pertaining to this case be directed to the undersigned, as well as to Assistant United States Attorney Donald L. Hansen, on behalf of the Government.

Respectfully submitted,

ROBERT E. O'NEILL
United States Attorney

By:   *s/Natalie Hirt Adams*
NATALIE HIRT ADAMS
Assistant United States Attorney
USA NO. 141
400 North Tampa Street, Suite 3200
Tampa, Florida  33602
(813) 274-6000 - telephone
(813) 274-6220 - facsimile
E-mail: natalie.adams@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

> Donald L. Hansen
> Assistant United States Attorney
>
> Kevin E. J. Regan, Esquire

*s/Natalie Hirt Adams*
NATALIE HIRT ADAMS
Assistant United States Attorney
