UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA      :
                              :
v.                            :   CASE NO.: 8:13-Cr-293-MSS-TBM-1
                              :
SARA BURKE                    :

NOTICE OF APPEARANCE OF LOCAL COUNSEL

COMES NOW the undersigned and hereby enters his appearance as local counsel for the Defendant Sara Burke.

_____
JOHN M. FITZGIBBONS
Florida Bar No. 601047
The Law Offices of John M. Fitzgibbons
Tampa Theatre Building
707 North Franklin Street, Suite 700
Tampa, Florida 33602-4441
(813) 221-8800


CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1st, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to Assistant United States Attorney Donald L. Hansen.

JOHN M. FITZGIBBONS
fitzgibbons.law@verizon.net