**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| **CASE NO.:** | 8:13-cr-293-T-35TBM | **DATE:** | July 15, 2013 |
|---|---|---|---|
| **HONORABLE THOMAS B. McCOUN III** | | **INTERPRETER:** | |
| UNITED STATES OF AMERICA<br><br>v.<br><br>SARA BURKE | | **LANGUAGE:** | |
| | | **GOVERNMENT COUNSEL**<br>Donald Hansen | |
| | | **DEFENSE COUNSEL**<br>Kevin Regan & John Fitzgibbons, ret. | |
| **COURT REPORTER:** | DIGITAL | **DEPUTY CLERK:** | Sonya Cohn |
| **TIME:** 10:08-10:55 | **TOTAL:** | **COURTROOM:** | 12B |

**PROCEEDINGS:  INITIAL APPEARANCE/BOND/GUILTY PLEA PROCEEDING**

 Deft provided w/copy of Information
 **NOT ARRESTED** - Appeared on notice
 Court summarized charges
 Court advises of Deft's Rule 5 rights
 Govt position on **release** or detention: ROR with travel extended to Missouri and Kansas
 Deft position on release: Not a risk of flight;
 Court:  Orders Bond set at: ROR; maintain/seek employment but no access to personal identifiers, no change of address without prior notice to court

 PLEA AGREEMENT FILED.  (X) DEFENDANT SWORN.  ( ) COUNSEL WAIVED.
 WAIVER OF INDICTMENT ACCEPTED IN OPEN COURT.
 PLEA OF GUILTY ENTERED AS TO COUNT **ONE** OF THE INFORMATION.
 FACTUAL BASIS **ESTABLISHED**
 ADJUDICATION OF GUILT   MADE  **DEFERRED**.
 REFERRED TO PROBATION FOR PRE-SENTENCE INVESTIGATION:  **YES** NO
 SENTENCING SCHEDULED FOR _____To be determined_____ AT _____
 BOND SET - see above